**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **BRANCH BANKING AND TRUST COMPANY,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. CV-12-00688** |
| | § | |
| **SAIBABA, L.L.C., DAHYA R. PATEL,** | § | |
| **and SHEELA D. PATEL,** | § | |
| | § | |
| **Defendants.** | § | |

**JOINT MOTION TO CLOSE  RECEIVERSHIP ,
TO APPROVE FINAL DISTRIBUTION, AND FOR OTHER RELIEF**

**COMES NOW,** Jackson Hospitality Services, Inc., Receiver, duly appointed in the above-referenced case ("Receiver"), Branch Banking and Trust Company ("BB&T"), Plaintiff, and Saibaba LLC, Dahyar Patel and Sheela D. Patel, Defendants, by and though their respective counsel of record, and file this Joint Motion to Close Receivership, to Approve Final Distribution, and For Other Relief ("Motion").

1.       By Order dated November 30, 2012 ("Receivership Order"), the United States District Court for the Middle District of Alabama granted a receivership application by Plaintiff in the above-styled cause and appointed Jackson Hospitality Services, Inc. as Receiver ("Receiver") for the Defendant, Saibaba, L.L.C.("Saibaba") for the purpose of, *inter alia*, timely sale and liquidation of the assets of Saibaba.

2.       Among the assets delivered to the possession of the Receiver was real and personal property which is part of and used for the ownership, operation and maintenance of a Days Inn with 50 guest rooms, located at 4180 Montgomery Highway (US Highway 231), Montgomery, Alabama 36116 ("the "Hotel Property").

3.       The Receiver employed Mumford Company, Inc. ("Mumford") to market the Hotel Property. The marketing of the Hotel Property by Mumford generated an offer from a prospective purchaser. The Receiver accepted the offer filed a motion requesting approval thereof.

4.      After Notice and Hearing, by order dated August 8, 2013 ("Sale Order") the Court approved the sale of the Hotel Property. The sale closed on or about August 22, 2013.

5.      The Receiver has paid a portion of the sale proceeds to BB&T in the amount of $725,000 and has paid taxes, assessments, utility charges, attorney and accountant fees, and other obligations of Saibaba required to complete the liquidation and winding up of the affairs of the Receivership.  The Receiver has made arrangements to file all state and federal tax returns due through 2013.

6.      After the above described distributions and payments, the total receipts and funds in the possession of the Receiver are funds in the amount of $31,577.16. The Receiver proposes to pay all funds on hand as follows:  $ 27,589.92 to BB&T; and, $3,987.24 to counsel for the Receiver for Receiver's legal expenses. After the distribution to BB&T and Receiver's counsel, all fees, expenses and obligations of the Receivership will have been paid in full. (Note: to the best knowledge, information and belief of the Receiver, the only remaining obligation of Saibaba is a pre-Receivership amount due and owing to Days Inn Worldwide for franchise fees accrued before the Receiver was appointed).

7.      The Receiver shall serve a copy of this motion to all persons and entities of which it has any knowledge, that assert or may assert a lien, claim, encumbrance, or other interest in the funds remaining in the possession of the Receiver.

8.      The Receiver avers that the Receivership is due to be closed and the Receiver discharged of any and all other responsibilities and relieved of the bond requirement.

9.      The Receiver requests that the Receiver be allowed to destroy any and all records in its possession and control after sixty (60) days from the date of an order closing the case.

**WHEREFORE**, the Receiver, Plaintiff and Defendants hereby jointly move the Court as follows: (a) that a hearing be set and notice given, and any objections to said distribution and the closing of the receivership be heard; (b) that an Order be entered approving the proposed distributions as described herein or otherwise as required by applicable law; (c) that the proposed distributions by the Receiver be approved for immediate payment as set forth herein; (d) that the Court enter an order closing the Receivership, discharging the Receiver, and relieving the Receiver of its bond requirement; (e) that an order be entered allowing the Receiver to destroy any and all records in its possession sixty (60) days after an order is entered closing the Receivership;

and, (f) for such other, further and different relief deemed just and proper in the premises.

/s/ Robert L. Shields III_____

ROBERT L. SHIELDS, III, Esq. (ASB 9534-L73R)
Attorney for Receiver

**OF COUNSEL:**

**TANNER & GUIN LLC**
**3021 Lorna Road, Suite 301**
**Birmingham, Alabama  35216**
**Telephone: 205/823-1990**
**Telecopier: 205/278-8595**
**Email: rls@tannerguin.com**

/s/Joe A. Joseph_____
Joe A. Joseph (JOSEJ2964)
Attorney for Plaintiff

**OF COUNSEL:**

Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 32503
Phone: (205) 251-3000
Fax: (205) 458-5100

*and*

/s/ Michael Aaron Fritz, Sr._____
Michael Aaron Fritz, Sr. (ASB 5814-Z56M)
Attorney for Defendants

**OF COUNSEL:**

Fritz & Hughes, LLC
1784 Taliaferro Trail, Suite A
Montgomery, Alabama 36117
Phone: (334) 387-0541
Fax: (334) 215-4424

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing document on the following by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by placing the same in postage-prepaid U.S. First Class Mail, on this the 15th day of November 2013:

Joe A. Joseph, Esq.
Burr & Forman, LLP
3400 Wells Fargo Tower
420 North 20th Street
Birmingham, Alabama 35203
Attorneys for Branch Banking & Trust Company

Michael Aaron Fritz, Sr., Esq.
Fritz & Hughes, LLC
7020 Frain Park Drive, Suite 1
Montgomery, Alabama 36117
Attorney for Saibaba LLC, Dahya R. Patel and Sheela D. Patel

Karl B. Benkwith, Jr., Esq.
Benkwith & Heard P.C.
4001 Carmichael Road, Suite 200
Montgomery, Alabama 36106
Attorney for Purchaser, Jemi B. Patel

Zack M. Azar, Esq.
Azar & Azar LLC
4276 Lomac Street
Montgomery, AL 36106

Days Inn Worldwide, Inc.
22 Sylvan Way
Parsippany, NJ 07054

Mr. David Mumford
Mumford Company, Inc.
11832 Rock Landing Drive, Suite 201
Newport News, VA 23606

Mr. Frank LaMorte
Portfolio Management Services
Wyndham Hotel Group
22 Sylvan Way
Parsippany, NJ 07054

Regions Bank
8 Commerce Street
Montgomery, AL 36104

Regions Bank
P. O. Box 511
Montgomery, AL 36101

Mike Bailey
Branch Banking & Trust Company
REG SPEC ASSETS OFF III
136 Highway 400 S
Dawsonville, GA 30534-6832


/s/ Robert L. Shields, III
OF COUNSEL